```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CRIMINAL NO. 11-50121-007        USA v. VICTOR PALACIOS

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. CLAY FOWLKES

Clerk: GAIL GARNER               Deft. TIM SNIVELY

Reporter: THERESA SAWYER         Interpreter: DEBBIE ANDRADE


**<u>SENTENCING MINUTE SHEET</u>**

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and two-level departure awarded.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    8 months imprisonment; no supervised release;
    no fine imposed.

Criminal No. 11-50121-007

- (X) Defendant ordered to pay total special assessment of $100.00 for count 2s which shall be due immediately.
- (X) Count 1s, and forfeiture allegation dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to custody of USMS.

DATE: OCTOBER 19, 2012          Proceeding began: 11:22 am

                                         ended: 11:45 am